No. 48493.—Protests 85850–K, etc., of F. W. Woolworth Co. et al. (Baltimore, etc.).

Opinion by LAWRENCE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 48494.—Protests 90512–K, etc., of F. C. G. Importers, Inc., et al. (San Francisco, etc.).

Opinion by LAWRENCE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 48495.—Protests 98498–K, etc., of Thorens, Inc., et al. (New York).

Opinion by LAWRENCE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 48496.—Protests 836964–G, etc., of Bullock's, Inc., et al. (Los Angeles, etc.).

Opinion by LAWRENCE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 48497.—Protests 58496–K, etc., of Butler Bros. et al. (New York).

Opinion by LAWRENCE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 48498.—Protests 56365–K, etc., of Geo. Borgfeldt Corp. et al. (Philadelphia, etc.).

Opinion by LAWRENCE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 30, 1943

NO. 48499.—Protests 766274–G, etc., of W. R. Zanes & Co. et al. (Galveston, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 48500.—Protest 877699–G of J. L. Hudson Co. (Detroit).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise covered by the stipulation was held not subject to countervailing duty.